PAR10.8.25
RS/JC USAO No: 2025R00189

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CRIMINAL NO. RDB 25cr300 |
|---|---|
| v. | (Purchase of Counterfeit Obligations or Securities, 18 U.S.C. § 473; Possession of Counterfeit Obligations or Securities, 18 U.S.C. § 474(a); Forfeiture, 18 U.S.C. §§ 982(a)(2)(B), 982(b)(1), 18 U.S.C. § 492, 28 U.S.C. § 2461, and 21 U.S.C. § 853(p)) |
| JASON EVANS, | |
| Defendant. | |

INDICTMENT

COUNT ONE
(Purchase of Counterfeit Obligations or Securities)

The Grand Jury for the District of Maryland charges that:

In or about January 2025, in the District of Maryland and elsewhere, the defendant,

JASON EVANS,

did knowingly buy, exchange, transfer, and receive any false, counterfeited, and altered obligations of the United States, that is, counterfeit Federal Reserve Notes in the denomination of $20, with the intent that the same be passed, published, and used as true and genuine, in violation of Title 18, United States Code, Section 473.

18 U.S.C. § 473

1

## COUNT TWO
### (Possession of Counterfeit Obligations or Securities)

The Grand Jury for the District of Maryland further charges that:

On or about January 30, 2025, in the District of Maryland, the defendant,

### JASON EVANS,

did knowingly have in his possession and custody, with intent to sell and otherwise use, counterfeited and altered obligations and other securities of the United States, made after the similitude of obligations issued under the authority of the United States, that is, counterfeit Federal Reserve Notes in the denomination of $20, in violation of Title 18, United States Code, Section 474.

18 U.S.C. § 474(a)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further alleges that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 492, 28 U.S.C. § 2461, and 21 U.S.C. § 853(p), in the event of the defendant's convictions under Counts One and Two of this Indictment.

### Counterfeit Proceeds

2. Upon conviction of the offense alleged in Counts One or Two of this Indictment, the defendant,

**JASON EVANS**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds he obtained directly or indirectly, as the result of such violation.

### Counterfeit Forfeiture

3. Upon conviction of the offense alleged in Counts One or Two of this Indictment, the defendant,

**JASON EVANS**,

shall forfeit to the United States, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461, all counterfeits of any coins or obligations or other securities of the United States, or any articles, devices, and other things made, possessed, or used in such violation, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, found in his possession without authority from the Secretary of the Treasury or other proper officer.

3

### Property Subject to Forfeiture

4. The property to be forfeited includes but is not limited to: a forfeiture money judgment equal to the amount of proceeds the defendant obtained as a result of the conduct alleged in Counts One or Two.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C § 982(b)(1).

18 U.S.C. §§ 982(a)(2)(B), 982(b)(1)
18 U.S.C. § 492, 28 U.S.C. § 2461
21 U.S.C. § 853(p)

*Kelly O. Hayes/vs*
Kelly O. Hayes
United States Attorney

A TRUE BILL,

**SIGNATURE REDACTED**

Foreperson

Date: October 9, 2025

4